## 6720. SPRADLEY *v.* THE STATE.

WADE, J. 1. Considered in connection with the charge as a whole, the excerpts complained of contain no error sufficient to require the grant of a new trial.

2. While the evidence is altogether circumstantial, it sufficiently supports the verdict of guilty, to the exclusion of every other reasonable hypothesis.

3. The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Certiorari; from Camden superior court—Judge Highsmith. February 25, 1915.

*James R. Thomas,* for plaintiff in error.

*J. H. Thomas, solicitor-general,* contra.

---

## 6729. FREEMAN *v.* THE STATE.

BROYLES, J. The evidence authorized the verdict; no error of law is complained of, and the court did not err in overruling the motion for a new trial. *Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Indictment for misdemeanor; from Fayette superior court—Judge R. T. Daniel. May 15, 1915.

*H. A. Allen, Lester C. Dickson,* for plaintiff in error.

*E. M. Owen, solicitor-general, J. W. Wise,* contra.